UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL TRUJILLO,<br><br>           Plaintiff,<br><br>    v.<br><br>C. FICKES,<br><br>           Defendant. | No.  2:18-cv-01805-TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed April 30, 2021 (ECF No. 11) are ADOPTED IN FULL; and

2. The Complaint is DISMISSED for failure to state a claim for the reasons set forth in the February 3, 2021 Screening Order (ECF No. 7).  *See* L.R. 110; Fed. R. Civ. P; 41(b).

3. The Clerk of Court is directed to close the case.

DATED:  June 8, 2021

_____
Troy L. Nunley
United States District Judge